UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL FROID, | Civil No. C06-5079JKA |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER FOR REMAND |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will give further consideration to the medical source opinion of Randy Hurst, Psy.D., and the opinion of Robert G. Hoskins, M.D., State agency consultant. The ALJ will also consider the lay witness statements and provide reasons for any that are rejected; reassess Plaintiff's credibility and residual functional capacity; and reconsider whether Plaintiff can

///

Page 1    ORDER- [C06-5079JKA]

1 perform his past relevant work or other work, obtaining, as necessary, additional vocational
2 expert testimony.
3
4     This case is reversed and remanded on the above grounds pursuant to sentence four of
5 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to
6 28 U.S.C. § 2412(d), upon proper request to this Court
7     DATED this 22nd day of August, 2006.
8
9
10                   */s/ J. Kelley Arnold*
11                   UNITED STATES MAGISTRATE JUDGE
12
13 Presented by:
14
15 s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
16 Attorney for Defendant
Office of the General Counsel
17 701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
18 Fax:     206-615-2531
carol.a.hoch@ssa.gov
19
20
21
22
23
24
25
26
27
28 Page 2     ORDER- [C06-5079JKA]