# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL FROID,

                Plaintiff,

           v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5079JKA

JO ANNE B BARNHART,
Commissioner of Social Security,

                Defendant.

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

    Court GRANTS the Stipulated Motion for Remand.

August 23, 2006                                        BRUCE RIFKIN
Date                                                   District Court Executive

                                                             s/Kelly A Miller
                                                             By Kelly A Miller, Deputy Clerk