|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL FROID

               Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

               Defendant.

CASE NO.   C06-5079JKA

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

     This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act.

     Accordingly, the motion is **GRANTED**. Plaintiff's counsel Teal M. Parham should be awarded attorney fees in the amount of $3.078.00, expenses totaling $52.40, and costs totaling $264.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

     DATED this 17th day of November, 2006.

                                     */s/ J. Kelley Arnold*
                                     J. Kelley Arnold
                                   U.S. Magistrate Judge